RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/7/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Wilfred Clark | Civil Action No. 6:05-CV-1719 |
| versus | Judge Tucker L. Melançon |
| Burl Cain, Warden | Magistrate Judge C. Michael Hill |

## CERTIFICATE AS TO APPEALABILITY

An Application for Certificate of Appealability having been filed on April 4, 2006 [Rec. Doc. 13] in the above captioned case subsequent to the Court's March 7, 2006 Judgment [Rec. Doc. 10] denying petitioner's §2254 motion,

Having considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), the Court hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of the Magistrate Judge issued herein on February 10, 2006 [Rec. Doc. 7], the Court finds that there is no basis in law or fact entitling petitioner to the relief he seeks.

Thus done and signed this 6th day of April, 2006 at Lafayette, Louisiana.

Tucker L. Melançon
United States District Judge